THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| D.K., | : | |
| Plaintiff, | : | Case No.: 5:24-cv-402-MTT-CHW |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 15). In light of that request, to which the Plaintiff lodges no opposition, the Court hereby **GRANTS** the motion (Doc. 15) and **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner will offer the Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 10th day of June, 2025.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).